IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SECURE US, INC., a West
Virginia corporation,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　//　　**CIVIL ACTION NO. 1:06CV165**
　　　　　　　　　　　　　　　　　　　　　(Judge Keeley)

**VERIZON DIRECTORIES CORP.,**

      **Defendant.**


                        ORDER RESCHEDULING
                 FINAL PRETRIAL CONFERENCE AND TRIAL

   For reasons appearing to the Court, The final pre-trial conference previously scheduled for February 27, 2008 at 1:00 p.m. is **RESCHEDULED** to **March 3, 2008** at **1:00 p.m.** at the **Clarksburg, West Virginia** point of holding court.  Jury selection and trial in this matter previously set for March 4, 2008 at 9:30 a.m. is **RESCHEDULED** to **March 5, 2008** at **9:30 a.m.** at the **Clarksburg**, **West Virginia** point of holding court.

   It is so **ORDERED**.

   The Clerk is directed to transmit copies of this order to counsel of record

DATED: January 31, 2008.


                                   /s/ Irene M. Keeley
                                   IRENE M. KEELEY
                                   UNITED STATES DISTRICT JUDGE